IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATEBORO DIVISION

EARNEST CLAYTON
Plaintiff

V.

CV616-143

CIVIL ACTION NO ______
COMPLAINT

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 OCT 24 AM 10:16
CLERK
SO. DIST. OF GA.

(1) STANLEY WILLIAMS
Defendants
(2) Emmatt Donahue
(3) Dennis Murry
(4) Smith
(5) Joyce
(6) Houster
(7) Shoemake
(8) Nathan Deal
(9) Davidson
(10) Brian Chamber
(11) Sharp
(12) Brian Owers
(13) John Doe (1)
(14) Jane Doe (1)
(15) Allen
(16) Allen
(17) Williams
(18) Williams
(19) Hall
(20) Hill
(15) Kearins
(17) Marty Allen
(18) Sharp
(24) et al.,
30. Zimmerman
31. Osborne
32. Robert Tooles
34 John Doe 1
35 John Doe 2
36 John Doe 3
37 John Doe 3
38 June Doe 1
39 June Doe 2

I. GENERAL INFORMATION

1. Your full name and prison number upon information and belief, Earnest Barnard Clayton - 957639

2. Approximate date your sentence will be completed upon information and belief, in 2065

II. PREVIOUS LAWSUIT

3. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the same facts involved in this law suit or other wise related to your imprisonment? upon information and belief, yes

III. PRESENT CONFINEMENT

4. Where are you now confined? upon information and belief, Georgia State Prison

5. Did you present your complaint(s) herein to the institution as a grievance? upon information and belief yes.

IV. PARTIES TO THIS LAWSUIT

6. List the name and address of each plaintiff in this lawsuit

Earnest Clayton

upon information and belief, Georgia State Prison, 300 1st Ave south

Reidsville, Georgia 30453

7. List the name of each defendant in this lawsuit.

(A) Upon information and belief, Dennis Murry was a correctional office at G.S.P.
(B) Upon information and belief, Emmitt Donahue was a Lieutenant at G.S.P.
(C) Upon information and belief, Brian Chambers was a Unit Manger at G.S.P.
(D) Upon information and belief, Sharp was a Lieutenant at G.S.P.
(E) Upon information and belief, Zimmerman was a correctional officer at G.S.P.
(F) Upon information and belief, Osborne was a Sergeant at G.S.P.
(E) Upon information and belief, Harris was a white correctional officer at G.S.P.
(G) Upon information and belief, Shoemaker was a Lieutenant at G.S.P.
(H) Upon information and belief, Homer Bryson was and/or is the commissioner of Georgia Department of Corrections
(I) Upon information and belief, Robert Tooles was a staff member of GDOC or Georgia Department of Corrections
(J) Upon information and belief, Does, was and/or is a Warden at Sgt ——— at G.S.P.
(K) Upon information and belief, Marty Allen is now the warden at G.S.P.
(L) Upon information and belief, Joyce was a correctional officer at G.S.P.
(M) Upon information and belief, Brian Owens was the commissioner of Georgia Department of Corrections
(N) Upon information and belief, Nathan Deal was the Govenor, of Georgia.
(O) Upon information and belief, Davidson was a correctional officer at Georgia
(P) Upon information and belief Smith was a Unit Manger at G.S.P.
(Q) Upon information and belief Allen was a correctional officer at Gerrgia
(S) Upon information and belief, Williams was a correctional officer at Georgia
(T) Upon information and belief, Williams was a correctional officer at Georgia.
(U) Upon information and belief John Doe was the dude who fix some of conditions in cell-05-of-dorm-h-2 at G.S.P.
(V) Upon information and belief, Lee was a correctional office at G.S.P.
(W) Upon information and belief, Harlod Flowe was a correctional officer at G.S.P.

# STATEMENT OF CLAIM

8.

Each defendant is sued in his or her individually cap

9.

On dates between November 1, of 2014 and October 18, of 2016 I filed more than one grievance form about more than one issue which was related to me and/or conditions of my confinement.

10.

upon information and belief, at all times from the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015 when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. I had no sanitary means of disposing my bowel movement(s) therefore prevented me basic human needs and/or need.

11

upon information and belief, at all times from the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015 when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. cell-05-of-dorm K-2 at G.S.P. had one or more inadequate plumbing issue(s) with the toilet in cell-05-of-dorm K-2 at G.S.P. and/or the toilet system to the toilet in cell-05-of-dorm K-2 at G.S.P. which caused and/or prevented the content(s) which was on the inside of the toilet in cell-05-of-dorm K-2 at G.S.P. from being flushing. Also I suffered dry throat, and being thirsty for water everyday during the time as described in paragraph 11 and due to the condition(s) of not being able run water when I need and when I want

12.

At all times from the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. the inside of the toilet in cell-05-of-dorm K-2 at G.S.P was extremely filthy with so much contaminated water consisting of so much of another person and/or someone else's feces and urine.

13.

At all times from the time in May of 2015, when I first had bowel movement in the toilet in cell-05-of-dorm K-2 at G.S.P through 3:00 a.m on the date in September or October of 2015 when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. the inside of the toilet in cell-05-of-dorm K-2 at G.S.P. was extremely filthy with so much contaminated water consisting of so much of my feces and urine along with so much of another person and/or someone else's feces and urine.

14.

Upon information and belief, at all times from the time in May of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P through 3:00 a.m on the date in September or October of 2015 when I was first getting placed in cell-04-of-dorm K-2 at G.S.P., cell-05-of-dorm K-2 at G.S.P. had one or more inadequate plumbing issue(s) with the hot and cold running water system to the sink in cell-05-of-dorm K-2 at G.S.P. which caused and/or prevented the hot and cold running water system from running "any water", and/or drinking water, and/or hot and/or cold water and/or hot and cold running water therefore prevented me basic human needs and/or need. Also I suffered dry throat and dizzness everyday during the time as described in this paragraph because I was not allow acess to running water in cell-05-of-dorm K-2 at G.S.P. and I suffered throat and/or throat dryness at night because I was not allow drinking water at night.

15

upon information and belief, the tier two(2) program S.O.P. indicated that the tier two (2) program is established to protect staff, offenders and the public from offenders "who commit or lead other to commit violent, disruptive, predatory, or riotious activity or otherwise pose a serious threat to the safety and security of the institutional operations. The conditions of my confinement at G.S.P. had me thinking that I was going to die and that people was going to kill me,

V STATEMENT OF CLAIM (continued)

16.
Each defendant is sued in his and her individually capacity, only.

17.
upon information and belief, at the time relevent to defendant actions) defendant(s) recklessly and/or intentionally and/or delibrately disreguarded an excessive risk of serious harm to my health and/or safety.

18.
upon information and belief, at the time(s) relevent to defendant(s) action(s) in this case, defendant(s) recklessly and/or intentionally and delibrately disreguarde an excessive rish of serious harm to my health and and/or safety which the conditions of my confinement posed to my health and/or safety

19.
upon information and belief defendant Marty Allen, defendant Homer Bryson defendant Robert tooles, defendant Harold Flower, John Doe(s) and/or Jane Doe(s) and recklessly and/or intentionally and delibrately disreguarde a known risk of serious harm to my health and/or safety. As a result of these condition(s) of my confinement I suffered and is suffer inj extreme emotional distress.

20.
upon information and belief, defendant Marty Allen, defendant Homer Bryson and defendant Robert tooles. is intentionally discriminated against me, because of the one or more grievance form that I filed between the time in November of 2014, when I first filed a grievance form at G.S.P. and October 18, of 2016.

21.
On a date, between December 1, of 2015, and October 18, of 2016. I was was not provide a grievance appeal form for the grievance I filed in December of 2015, when I alleged Zimmerman and Osborne illegal conduct of using excessive force against me. therefore I was not allow access to grievance appeal procedure for the grievance form that I filed in December of 2015. alleging Zimmerman and Osborne illegal action of using excessive force against me.

22.
upon information and belief, everyday from the time in 2016, when I was first moved to cell 09 of-dorm G-4 at G.S.P through 3:00 on October 18, of 2016. GADOC personnel(s) protected most inmate(s) and/or offender in general population, from the inmate which I was force and/or subjected to live in a cell-with during this time as described in this paragraph

23.
upon information and belief, the tier(2) two program SOP, indicated that assignment to duty in tie two(2) program is regard as hazardous. Personnel(s) are expected to deal professionally with unpleasant and irrational behavior.

24.
upon information and belief, everyday from the time in 2015 or 2016, when I was first moved to cell-22-of-dorm G-4 at G.S.P through 3:00 a.m on the date in 2016, when I was not allow back in cell-22-of-dorm G-4 at G.S.P I was forced and/or subjected to live in a cell with another inmate who GADOC personnel(s) alleged as a inmate who commit or lead other to commit violent, disruptive, predatory, and riotious action or otherwise pose a serious threat to the safety and security of the institutional operational

STATEMENT TO CLAIM (continued)

25.
On dates between the time in may of 2015. when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. and 3:00 a.m on the date in September or October of 2015. when I was first getting placed in cell-04-of-dorm K-2 at G.S.P, while I was in cell-05-01-dorm K-2 at G.S.P I notified Stanley Williams, Emmitt Donahue, Zimmerman, Joyle, Brian Chambers, Sharp, Sharp, Davidson, Harris, Osborne, Shoemaker, Williams, Smith John Doe(s) Jane Doe(s) Hill, Hall, Housier, Dennis murry, Allen, Brown, Herd Hall, Hill, Williams, Allen, that cell-05-of-dorm K-2 at G.S.P, toilet, had feces and urine of another person's and/or someone else's init, and that the toilet inside of cell-05-of dorm K-2 at G.S.P did not flush it con-tents, which was in the toilet, and that I had no access to running any hot and cold water while I was confined in my assigned cell, and that cell 05-of-dorm K-2 at G.S.P was extremely filthy and smelly.

26
On dates between the time in November of 2014, when I first filed a grievance form and December 20 of 2015. I repeatly informed Stanley Williams, John Doe(s), Guards, Emmitt Donahue, Home, Bryson Robert Tooles, Sharp, Davis, Lee, and some more staff members that I feared I would be serious by another inmate and/or other inmates

27.
Everyday from the date in 2016 when I was first getting placed in cell-09-of dorm G-4 at G.S.P. through 3:00 on the date of October 18, of 2016, I was forced and/or subjected to live with cellmate a inmate who GADOC, is protecting most inmate in general population from

28.
On date between the time in 2016. when I was first getting placed in cell-09-of dorm G-4 at G.S.P and October 18, of 2016, the inmate who I was assigned or subjected to cellmate with attacked me while I was sleep, leaving scars and brusies, on my face, chest, and arm, and caused me extreme pain and headaches. Also as a result of my assigned cell-mate attacks, I suffered scar in the back of head, and bleeding from the back of my head and mouth.

Everyday from the time when I was first placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P., I was extremely discomfortable

29
On dates between the time in November of 2014, when I first filed a grievance form at G.S.P. and October 08 of 2016, Stanley Williams, Zimmerman, Smith, Emmitt Donahue, Brian Chambers, Osborne, Davidson, Guard(s) Hearins, made threats to me that they was going to have me transfer to Hays State Prison and/or Georgia Diagnostic State Prison because I filed a grievance form complainting

30
On dates between the time in November of 2014, when I was first complainting about one or more issues which was related to me and/or the conditions of my confinement and October 18, of 2016, the conditions of my confinement which posed an excessive risk of harm to my health and/or safety had an adverse effect on my mental stability

31
On dates between the time in November of 2014, when I filed a grievance form at G.S.P and October 18, of 2016, Brian Chambers Stanley Williams, Zimmerman, Smith, Donahue, Osborne, made threats to me that they was going to get me hurt by another inmate and made serious threats that they was going to serious harm me, because I filed a grievance form complainting.

32.
On dates between the time in November of 2014, when I first filed a grievance form at G.S.P and December 28, of 2015. I informed and/or notified - , Stanley Williams, Robert Tooles about Brian Chambers, Emmitt Donahue, Osborne and John and Jane Doe(s) was retaliating against me

STATEMENT OF CLAIM (continued)

33.
On dates between the time in November of 2014, when I first filed a grievance form at G.S.P. and October 18 of 2016, the conditions of my confinement had an adverse effect on my mental stability.

34.
Everyday between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P through 3:00 am on the date in September or October of 2015 when I was first getting placed in cell-04-of-dorm K-2 at G.S.P., everytime when I urinated in the toilet inside of cell-05-of-dorm K-2 at G.S.P, the extremely filthy contaminated water which was inside of the toilet-05-of-dorm K-2 at G.S.P splashed from out of the toilet onto my feets, legs and onto the floor of cell-05-of-dorm K-2 at G.S.P.

35.
Everyday between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 am on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K 2 at G.S.P everytime when, I urinated in the toilet inside of cell-05-of-dorm K-2 at G.S.P. the extremely filthy contaminated water which was inside of toilet in cell-05-of-dorm K-2 at G.S.P, splashed from out of the toilet in cell-05-of-dorm K-2-at G.S.P onto my feets, legs and the floor of cell-05-of-dorm K-2 at G.S.P. because there was so much extreme filthy water in the toilet in cell 05-of-dorm K-2 at G.S.P.

36
Everyday between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 am on the date in September or October of 2015. when I was first getting placed in cell 04-of-dorm K-2 at G.S.P, rashes and/or severe rashes, developed on my legs, feets, hands, buttock(s) genital(s) and/or private area parts of my body which caused me to itch very badly. Because of extremely filthy contaminated water which was in the toilet in cell-05-of-dorm K-2 at G.S.P rashes developed on my feets, legs, and/or genital

37.
Everyday between the time in may of 2015. when I was first getting placed in cell 05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015. when I was first getting placed in cell-04-of-dorm K-2 at G.S.P, because of the extremely filthy contaminated water which was in the toilet in cell-05-of-dorm K-2 at G.S.P splashing on my buttock(s), feets, legs, hands, genital and/or private area part(s) of my body, my feets, hands, legs, genitalia, and buttock(s) and/or private area part(s) of my body developed severe sores and rashes, which caused me severe and extreme pain.

38.
Everyday between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P I was unwillingly and/or unwilling — subjected and/or confined and/or exposed to the unsanitary condition of cell-05-of-dorm K-2 at G.S.P

39
Everyday between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P through 3:00 a.m on the date in September or October of 2015 when I was first getting placed in cell-04-of-dorm K-2 at G.S.P the conditions of my confinement was extremely discomfort to me.

40.
On dates between the time in may of 2015 when I was first getting placed in cell-05-of-dorm K-2 at G.S.P and 3:00 a.m on the date in September or October of 2015. when I was first getting placed in cell-04 of-dorm K-2 at G.S.P., Stanley Williams, Smith, Brian Chambers, Emmitt Donahue, Dennis Murry John Doe(s), Jane Doe(s), Joyce, Davidson, Hill, Williams, Williams, Allen, Allen, Hounsler, Shoe make, Smith, Zimmerman, John Doe, Hall, Kearns or John Doe No1., Mccleadon or John Doe No4, Heck, Boone intentionally, exposed and subjected and/or confined me in cell-05-of dorm K-2-G.S.P to the unsanitary condition(s) and denied me drinking water, access to sanitary means of disposing my bowel movement(s) access to a sanitary toilet, and access to a cell that run drinking water, and/or hot and cold running water because of the one or more grievance form that I filed between the time in November of 2014 when I first filed a grievance form at G.S.P. and May 15, of 2015

41.
On dates between the time in may of 2015. when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P, while I was experiencing, severe nosing, the headaches, and severe nose bleeding, chest pain and burning in my penis when I urinated I informed and/or told Kearns or John Doe, John Doe, Zimmerman, Osborne, and some more John and Jane Doe(s), Stanley Williams, Brian Chambers, About-

the pain, and serious medical issue(s) around my chest, genital, and I showed Brian Chamber
42
Osborne. Kearins or John Doe, Zimmerman, Williams the blood on the towel, toilet, had, and
Osborne, Kearins or John Doe(s) Zimmerman, Williams, intentionally denied me medical trea
tment for my serious medical need, which is described in this paragraph. which caused
me to suffer more pain, and extreme headaches. and pain because of the one or more grievance
form I filed on a prior occasion

43.

Everyday between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P through 3:00a.m
on the date in September or October of 2015. when I was first getting placed in cell-04-of-dorm K-2 at G.S.P, everytime
when I had bowel movement(s) and/or when I was having bowel movement(s) in the toilet inside of cell-05-of-dorm K-2
at G.S.P. the extremely filthy contaminated water which was in the toilet on cell-05-of-dorm K-2 at G.S.P
Slushed on to my buttock(s) genitals(s) and/or private area, parts of my body causing me
extreme discomfort, rashes and sores on my genitals(s) and/or buttock(s)

44.

Everyday between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through
3:00a.m on the date in September or October of 2015. when I was first getting placed in cell-04-of-dorm K-2
at G.S.P I urinated in the toilet in cell-05-of-dorm K-2 at G.S.P. adding urine to the water
which was in the toilet in cell-05-of-dorm K-2 at G.S.P.

45.

Everyday between the time in May of 2015 when I was first getting placed in cell-05-of-dorm K-2 at G.S.P.
through 3:00a.m on the date in September or October of 2015, when I was first getting placed in cell-
04-of-dorm K-2 at G.S.P. I had bowel movement(s) in the toilet in cell-05-of dorm K-2
at G.S.P. adding feces to the water and toilet in cell-05-of-dorm K-2 at G.S.P.

46

On the date of Osborne, Zimmerman, John Doe, John Doe3 Davidson, and Harris illegal
conduct(s) of using excessive force on me between the time in may of 2015 when was first getting
placed in cell-05-of-dorm K-2 at G.S.P. I asked guard for grievance forms.

47.

On the dates between the time in may of 2015 when I was first getting placed in cell-05-of-dorm
K-2 at G.S.P. and October 03, of 2015, I was not allowed access to the grievance appeal-
procedure(s) for the grievance that I filed between the time in may of 2015, when I was first
getting placed in cell-05-of-dorm K-2-G.S.P. and October 05. of 2015,

48.

On the date, in December of 2015, when Zimmerman, grabbed and/or shoved and/or pulled repeatly
with excessive force, Zimmerman, and Joyce and some more John Doe(s) intentionally denied
my request for a grievance form and access to the grievance procedure(s) and/or process
so I could make a complaint a zimmerman action.

49.

On dates between the time in may of 2015. when I was first getting placed in cell-05-of-dorm K-
2-at G.S.P. and 3:00a.m on the date in September or October of 2015, when I was first getting placed
in cell-04-of-dorm K-2 at G.S.P. I complainted to Brian Chambers Williams, Will-
iams, Hill, Hull, Osborne, Zimmerman, Emmitt Donahue, Stanley Williams,
Allen, Allen Davidson, Houser, Sharp, Shoemaker John Doe(s) and Jane Doe(s)
Brown, Sharp, West, Hall
issues pain around my genitalia and that I was having serious medical
urine everytime I urinated and there was blood appearing in my
which caused me to suffer more pain. and they intentional denied me medical treatement.

50.

On dates between the time in may of 2015. when I was first getting placed in cell-05-of-d
orm K-2 at G.S.P. and 3:00 a.m on the date in September or October of 2015. when I was first gett
ing placed in cell-04-of-dorm K-2 at G.S.P I notified Stanley Williams, Brian Chambers
Williams, Williams, Hill, Hull, Osborne, Zimmerman, Emmitt Donahue, Dennis Murry
Allen, Allen, Davidson, Housler, Sharp, Shoemaker, John Doe(s) and Jane Doe 1, Smith,
Sharp, Sharp. about I had no access to running water in cell-05-of-dorm K-2 at G.S.P
no access to a sanitary toilet no access to a sanitary means of disposing my
bowel movement(s), and about the extremely filthy conditions of the toilet in cell-05-
of-dorm K-2 at G.S.P.

STATEMENT OF CLAIM (continued)

50.

At all times from the time in May of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P., the hot and cold running water system to the sink inside of cell-05-of-dorm K-2 at G.S.P. was broken and did not run any water.

51.

At all times from the time in May of 2015 when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. I had no access to a sanitary toilet therefore prevented me basic human needs and/or need

52.

On the date in May of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. there was one or more cell(s) avilable at G.S.P. I filed a grievance form relevent cell-05 refer to exhibit F-1 and exhibit B-1

53.

Upon information and belief, on dates between the time in November of 2014, when I was first getting placed in cell-01-of-dorm K-2 at G.S.P. and October 28, of 2015, I notified and, informed Bobbitt, Owens, Stanley Williams, Brown, , that Brian Chambers was retaliateing against me and that inmates was making serious threats to me that they was going to kill me when they get an opportunity

54

Upon information and belief, on a date the time in November of 2014, when I first filed a grievance form at G.S.P. and December 28, of 2014, false information which was related to me was placed in one or more documents because of the grievance form that I filed in November of 2014 at G.S.P. Refer to Exhibit A-1

55.

On a date between November 16, of 2014, and December 28, of 2014, while I was in cell-01-of-dorm K-2 at G.S.P., Brian Chambers, came to cell-01-of-dorm K-2 at G.S.P. with one or more of the document(s) which contained the false information which was related to me, and while Brian Chambers was at cell-01-of-dorm K-2 at G.S.P. with the one or more document(s) which was related to me, I notified, and informed and told Brian Chambers, the one or more document(s) which was related to me contained false information which was related to me, and Brian Chambers stated to me FUCK YOU, and sign the paper, we are going to punish you and keep you on the tier two(2) program, every opportunity we get since you filed a grievance form complainting

56

Upon information and belief, the time in May of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. and October 03, of 2015. Housler, Stanley Williams, and some more John Doe(s) and Jane Doe(s) intentionally denied me access to the grievance appeal procedure(s) for the grievance form(s) I filed between the time as described in this paragraph

57

Upon information and belief everyday from the time in 2016, when I was first moved in cell-04-of-dorm K-2 at G.S.P. through 3:00 a.m on the date of October 18, 2016, I was forced and/or subjected to live in a cell with another inmate who Georgia Department of Corrections personnel(s) alleged as a inmate who commit or lead other to commit violent, disruptive, predatory, riotious action(s) or other wise pose a serious threat to the safety and security to the institutional operation.

58.

On a date between November 01, of 2015 and December 15, of 2015, false information which was related to me was placed in one or more document(s) intentionally because of the one or more grievance form(s) that I filed between the time in November of 2014, when I first filed a grievance form at G.S.P. and October 27, of 2015

59

On a date between November 01, of 2015, and December 15, of 2015, while I was in cell-04-of dorm K-2 at G.S.P I informed and notified, and told Zimmerman and Joyce that false information which was related to me was placed in one or more document(s) because I filed one or more grievance form(s) and Zimmerman became even more upset with me and called me a snitch repeatly and when I was exiting cell-04-of-dorm K-2 at G.S.P and while my arms and wrists was restrainted Zimmerman grabbed and/or shoved and/or pushed

STATEMENT OF CLAIM continued

me repeatly with excessive force, because of the one or more grievance form(s) that I filed between the time in November of 2014, when I first filed a grievance form at G.S.P and November 27 2015 and because I reported to Joyce, that false information which was related to me placed in one or more document(s)

60.
On a date between June 30, of 2015, and August 31, of 2015, while I was in my assigned cell in dorm K-2 at G.S.P Osborne, and John Doe wedged and cutted and stroked my arm and wrist(s) with sharps object(s) and objects repeatly with excessive force because of the grievance form(s) [illegible] because of one or more the grievance I filed between time in November of 2014 when I first filed a grievance form at G.S.P and July 31, of 2015.

61
Upon information and belief, Everyday from the date in May of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P through 3:00 a.m the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. I was assigned to a lockdown unit, or dorm where, prisoner(s) are lockdown 24 hour a day except when being opportunity for shower(s), visit(s) callout(s) medical or sickcall(s) appointment(s) etc.

62
On dates between the time in November of 2014, when I first filed a grievance form at G.S.P. and October 18, of 2016 everytime, when, Osborne was getting ready to remove the restraints from around my wrists and/or arms, Osborne intentionally squeezed the restraint(s) into the skin of my arms and/or wrist(s) with excessive force and made serious threats to me that he was going to kill me, because I made complaints on him and his co-workers.

63
On dates between the time in November of 2014, when I was first filed a grievance form at G.S.P and October of 2016, everytime when, Zimmerman was getting ready to remove the restraint(s) from around my wrist and/or arms, Zimmerman intentionally squeeze the restraints into the skin of my arms and/or wrists with excessive force and made serious threats to me that he was going to kill me, because I filed a grievance form complaining on him and his co-worker.

64
Upon information and belief, Zimmerman, Osborne, John Doe, John Doe No 3, John Doe, Harris, Davidson Illegal conduct(s) of using excessive force and/or physical abuse against was used maliciously and sadistically for the purpose of causing me harm.

65
Everyday from the date in November of 2014, when I first filed a grievance form at G.S.P. through October of 2016, I was denied protective - Custody for my safety, because of the one or more grievance form that I filed between the time in November of 2014 when I first filed a grievance form at G.S.P. and October, of 2016

66
Upon information and belief, between August 01, of 2013 and April 10, 2016, the maximum length of time that an offender can or could be assigned to the tier

67
On a date in June of 2015, Brian Chamber came to cell-05-of-dorm K-2 at G.S.P., and while Brian Chambers was at cell-05-of-dorm K-2 at G.S.P. I repeatly notified and/or informed and/or told Brian Brian Chamber about the feces and urine of someone's else's and/or another person, being in the toilet in cell-05-of dorm K-2 at G.S.P and Brian Chambers stated to me FUCK YOU. we are not helping you since you filed them grievance form(s) complaining and sign this paper and on the same date as described in paragraph Brian Chamber intentionally placed false information in one or more document which was related to me, because I filed the one or more grievance form between the time in November of 2014 when I first filed a grievance form at G.S.P and April 24, of 2015.

68.
On a date between June 01, of 2015, and June 08, of 2015 while I was in cell-05-of-dorm K-2 at G.S.P I complainted to Stanley Williams and Smith that Brian Chamber, and some of the staff member was retaliating against me. and that I was subjected and exposed to feces and urine of an other person and/or someone's else's inside of my toilet in cell-05-of-dorm K-2 at G.S.P and Stanley Williams and Smith stated to me we don't give a FUCK about your conditions since you filed a grievance complaining and then Smith placed false information in one or more document which was related to me.

STATEMENT OF CLAIM (continued)

68.

On dates between the time in may of 2015 when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. and 3:00 a.m on the date in September or October of 2015 when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. I notified, and informed Stanley Williams, Dennis Murry, Housler, Emmitt Donahue, Joyce, Smith, Davidson the filthy unsanitary conditions in cell-05-of-dorm K-2 at G.S.P

69.

On dates between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. and 3:00 a.m. on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P I had nose bleeds, headaches, became dizzy, suffered vomiting, chest pain, and cramp(s) and nausea, as a result of being denied adequate drinking and basic human needs or/and because of conditions of my confinement

70.

Everyday from the date in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P. there was the stench odors of my sitting urine and feces in the toilet in cell-05-of-dorm K-2 at G.S.P which I was exposed and/or confined in

80.

Upon information and belief relevent to this case and relevent to the complaint, On the date between December 01, of 2015 and December 15 of 2015, Zimmerman caused me severe cuts and brusies to my arms and wrists when he used excessive forced against.

81.

At the relevent time, and relevent to this case and relevent to this complaint On the date between June 30, of 2015 and August 28, of 2015, when Osborne, cuted, wedged, striked my right arm and wrist with the sharps and objects, Osborne caused me severe cuts to my right arm and wrist and extreme pain.

82.

Relevent to this case and relevent to this complaint, and relevent to the issue On the dates between the time in May of 2014, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. and 3:00 on the date in September or October of 2015, when I was first getting placed in cell-04-of dorm K-2 at. While I was experiencing nose bleeding, severe headache(s), pain in stomach, severe chest pain and cramps and blood in my urination, I notified and informed Brian Chambers, Zimmerman, Smith, Emmit Donahue, Williams Allen, John Doe(s) Guard(s) Jane Doe, Shoemaker, and Brian Chambers Zimmerman, Smith, Emmitt Donahue, Williams, Allen, John Doe(s) Guard(s) intentionally delayed and denied me medical treatment which caused me to suffer more extreme pain, chest pain, nose bleeding without pain medication for these injury as described in paragraph and their action was done on purpose of retallation because I filed a grievance form.

83.

Relevent to this case and relevent this case and relevent to Zimmerman action(s) On dates between the time in November of 2014 when I first filed a grievance form at G.S.P and October 18, of 2016, when Zimmerman, Osborne, used excessive force and physical abuse against me, Zimmerman and Osborne, caused cuts and brusies to my arms and wrist

Relevent to this case and relevent to defendants Zimmerman and Osborne action(s) on the dates between the date in November of 2014 when I first filed a grievance form at G.S.P and October 18, of 2016, everytime Zimmerman and Osborne, used excessive force and physical abuse me, Zimmerman and Osborne, caused cuts, brusie, to my arms and wrists, and caused my arms and wrists to bleed.

84.

Relevent to this case and complaint. On the date, when Osborne and John Doe cutted wedged and striking, my right arm with sharp objects, Osborne and some more of the staff member at G.S.P intentionally denied me access to the grievance procedure when I requested a grievance form.

85.

Upon information and belief, Everyday, between the time in may of 2015, when I was first getting placed in cell-05-of-dorm K-2 at G.S.P. through 3:00 a.m on the date in September or October of 2015, when I was first getting placed in cell-04-of-dorm K-2 at G.S.P I was forced to be locked down in cell-05-of-dorm K-2 at G.S.P.

Also relevent to this case and complaint, the conditions of my confinement was extremely uncomfortable and extreme discomfort and pose a substantial and excessive risk of serious harm to my health and/or safety and Defendants subjected me to unnecessary and wanton infliction of pain.

LEGAL CLAIMS.

86

Plaintiff realleye and incorporate by reference paragraphs 1 through 184 and/or this whole Complaint and/or Plaintiff realleye and incorporates by reference paragraph 1 - 184.

DELIBRATE INDIFFENCE: EIGHTH AMENDMENT VIOLATION

87.

Defendant Stanley Williams acted with delibrate indifference to my health and/or safety and Stanley Williams actions and/or action violated my rights under the Eighth Amendment to the United State's Constitution and caused me pain, suffering, physical injury and emotional distress and constituted a tort of n and violated my my rights under the State Law and/or Laws of Georgia

88.

Defendant Dennis Murry acted with delibrate indifference to my health and/or safety and Dennis Murry actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress, and constituted a tort of delibrate indifference and violated my rights under the State Law and/or Law of Georgia.

89

Defendant Emmitt Donahue acted with delibrate indifference to my health and/or safety and Emmitt Donahue actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress, and constituted a tort of delibrate indifference and violated my rights under the State Law and/or Law of Georgia

90.

Defendant Smith acted with delibrate indifference to my health and/or safety and defendant Smith action and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress and constituted a tort of delibrate indifference and violated my rights under the State Law and/or Laws of Georgia

91.

Defendant Joyce acted with delibrate indifference to my health and/or safety and defendant Joyce action and/or actions violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress and constituted a tort of delibrate indifference and violated my right's under the State Laws and/or Law of Georgia

92.

Defendant Davidson acted with delibrate indifference to my health and/or safety and defendant Davidson action and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering physical injury and emotional distress and constituted a tort of delibrate indifference and violated my rights under the State Law and/or Law of Georgia.

93.

Defendant Brian Chambers acted with delibrate indifference to my health and/or safety and defendant Brian Chambers actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress, and constituted a tort of delibrate indifference and violated my rights under the State Laws and/or Laws of Georgia

94.

Defendant Osborne acted with delibrate indifference to my health and/or safety and defendant Osborne actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress, and constituted a tort of delibrate indifference and violated my rights under the State Laws and/or Law of Georgia

95.

Defendant Shoemaker acted with delibrate indifference to my health and/or safety and defendant Shoemaker actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress, and constituted a tort of delibrate indifference and violated my rights under the State Laws and/or Laws of Georgia

96.

Defendant Housler acted with delibrate indifference to my health and/or safety and defendant Housler actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury, and emotional distress and constituted a tort of delibrate indifference and violated my rights under the State Law and/or Laws of Georgia.

Statement of Claim (continued)

97.

Defendant Zimmerman acted with delibrate indifference to my health and/or safety and defendant Zimmerman action and/or actions violated my rights under the United States Constitution - and caused me pain, suffering physical injury and emotional distress and constituted a tort of delibrate indiffeorn and violated my rights under the State Law and/or Law of Georgia

98.

Defendant Allen acted with delibrate indifference to my health and/or safety and defendant Allen action and/or actions violated my rights under the United States Constitution and cause me pain, suffering, physical injury and emotional distress and constituted a tort of delibrate indifference and violated my rights under the State Laws and/or Law of Georgia.

Defendant Marty Allen is acting with delibrate indifference to my health and/or safety and defendant Marty actions and/or action is violating my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress and constituted a tort of delibrate indiffe, and is violating my rights under the state Law and/or Law of Georgia

99.

Defendant Harold Flowe acted with delibrate indifference to my health and/or safety and defendant Harold Flowe actions and/or action is violating my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress.

100.

Defendant Williams acted with delibrate indiffence to my health and/or safety and defendant Williams, actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

101.

Defendant Robert Tooles acted with delibrate indifference to my health and/or safety and defendant Robert Tooles actions and/or action is violating my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

102

Defendant John Doe 1 grievance coodintor who name I'm unsure of

103

Defendant John Doe 2 grievance staff member who name I'm unsure of

104

Defendant June Doe who name I'm unsure

105

Defendant John Doe who name I'm unsure

106

Defendant June Doe who name I'm unsure of

107

Defendant June Doe who name I'm unsure of

108.

Defendant June Doe who name Im unsure of

STATEMENT OF CLAIM CONTINUED 108.

# RETALIATION - FIRST AMENDMENT VIOLATION

109

Defendant Stanley William retaliated against me because I filed a grievance about conditions of my confinement and Stanley Williams action and/or action violated my rights under the First Amendment to the United States Constitution and constituted a tort of camp of harressment and violated my rights under the State law or land laws of Georgia and caused me physical injury, pain, suffering and emotional distress

Defendant Brian Chambers retaliated against me because of me filing a grievance form about conditions of my confinement and defendant Brian Chambers actions and/or action violated my rights under the First Amendment to the United States Constitution and defendant Brian Chambers actions and/or action violated my rights under the First Amendment to united States Constitution and caused me pain, suffering, physical injury and emotional distress and constituted one or more tort of harressment and retaliation

110

Defendant Osborne retaliated against me because I filed a grievance about conditions of my confinement and Defendant Osborne actions and/or action violated my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotion distress

111

Emmitt Donahue retaliated against me because I filed a grievance forms about conditions of my confinement and Emmitt Donahue action and/or action violates my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

112

Marty Allen retaliated against me because I filed a grievance form about conditions of my confinement and Marty Allen actions and/or action violated my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

113

Defendant Zimmerman retaliated against me because I filed a grievance form about the conditions of conditions of my confinement, and Defendant Zimmerman action violated my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

114.

Defendant Smith retaliated against me because I filed a grievance form about conditions of my confinement, and Smith actions and/or action violated my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

115.

Defendant Joyce retaliated against me because I filed a grievance form about conditions of my confinement, and Joyce actions and/or action violates my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

116.

Defendant Housler retaliated against me because I filed a grievance forms about condition of my confinement and defendant Housler actions and/or action violated my rights under the First Amendment to united States Constitution and caused me pain, suffering, physical injury and emotional distress

117

Defendant Kearins retaliated against me because I filed a grievance forms about conditions of my confinement and Kearins actions and/or action violated my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotion distress

118

Defendant Dennis Murry retaliated against me because I filed a grievance forms about conditions of my confinement and defendant Dennis Murry actions and/or action violated my rights under the First Amendment to the United State Constitution and caused me pain, suffering physical injury and emotional distress

120

Defendant Davidson retaliated, against me because I filed a grievance forms about conditions of my confinement and defendant Davidson actions and/or action violated my rights under the First Amendment to the United States Constitution and caused me pain, suffering physical injury

STATEMENT OF CLAIM(S)

121

Defendant Harris retaliated against me because I filed a grievance form about conditions of my confinement and defendant Harris action and/or actions caused me pain, suffering and violated my rights under the First Amendment to the United States Constitution and caused me physical injury and emotional distress

122

Defendant Brian Owens retaliated against me because I filed grievance form about conditions of my confinement and defendant Brian Owens action and/or action violated my rights under the First Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

123

Defendant Zimmerman used excessive maliciously and said for the purpose to caused me harm and Zimmerman action violated my rights under the Eighth Amendment to the United States Constitution and caused me physical injury

124

Defendant Davidson acted with delibrate indifference to my health and/or safety and defendant Davidson actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me injurys, physical injury, pain, suffering, physical injury and emotional distress

125

Defendant Harris acted with delibrate indifference to my health and safety and defendant Harris action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

126

Defendant Allen acted with delibrate indifference to my health and/or safety and defendant Allen action and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, physical injury, suffering and emotional distress

127

Defendant Allen acted with delibrate indifference to my health and/or safety and defendant Allen action and/or actions violated my rights under the Eighth Amendment to the United States Constitution and cused me pain, suffering physical injury and emotional distress

128

Defendant Williams acted with delibrate indifference to my health and/or safety and defendant Williams action and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

129

At all times between May 28, of 2015 and June 15, of 2015, I was very mad about my living conditions in cell-05-01-dorm K-2 at G.S.P. Also relevent to this case I completed phase 3 of the tier two program.

130

Everyday and every night between the time in May of 2015 when I was first getting placed in cell-05-01-dorm K-2 at G.S.P. through 3:00 a.m. on the date in September or October of 2015 when I was first getting placed in cell-04-01-dorm K-2 at G.S.P. I suffered dry throat, dizzness, night sweats because I was not allow access to drink my water at night after 6:00 p.m

STATEMENT OF CLAIM (Continued)

131.

Defendant John Doe who name I'm unsure of

## DISCRIMINATION FOURTEENTH AMENDMENT VIOLATION

132

Defendant Stanley Williams subjected me to discrimination and treated me very difference than most inmate(s) and defendant Stanley Williams action and/or action violated my rights under the Fourteenth Amendment, and caused me pain suffering, physical injury and emotional distress

133

Defendant Zimmerman subjected me to discrimination and treated me very difference than most inmate(s) and defendant Zimmerman actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain suffering, physical injury and emotion distress

134.

Defendant Marty Allen subjected me to discrimination, and treated me very difference than most inmate(s) and defendant Marty Allen action and/or action violated my rights under the Fourteenth Amendment and caused me pain, suffering, physical injury and emotional distress

135.

Defendant Stanley Williams subjected me to discrimination, and treated me very difference than most inmate(s) and defendant Stanley Williams action and/or actions violated my rights under the Fourteenth Amendment, and caused me pain, suffering, physical injury and emotional distress

136.

Defendant Osborne subjected me to discrimination and treated me very difference than most inmate(s) and defendant Osborne actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress and constituted one or more tort(s) of False Imprisonment and violated my right under the state Law of Laws of Georgia.

137.

Defendant Smith subjected me to discrimination and treated me very difference than most inmate(s) and defendant Smith actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress and constituted one or more Tort(s) of False Imprisonment and violated my rights under the state law and/or Law of Georgia

138.

Defendant Homer Bryson subjected me to discrimination and treated me very difference than most inmate(s) and defendant Homer Bryson action and/or actions violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress and constituted one or more tort(s) of False Imprisonment and violated my rights under the State Law and/or Law of Georgia

139

Defendant Harlod subjected me to discrimination and treated me very difference than most inmates and defendant Harlod Flowers actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me, pain, suffering, physical injury and emotional distress and constituted one or more tort(s) of False Imprisonment and violated my rights under the State Law and/or Law of Georgia

140

Defendant Marty Allen subjected me to discrimination and treated me very difference than most inmates and Defendant Marty Allen actions and/or violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress and Constituted one or more torts of False imprisonment and violated my rights under the State Law and/or Law of Georgia

141.

Emmitt Donahue subjected me to discrimination and treated me very difference than most inmates, and Emmitt Donahue action and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

STATEMENT TO CLAIM(continued)

LEGAL CLAIMS

ATYPICAL AND SIGNIFICANT

142

Defendant Marty Allen subjected me to atypical and significant hardship and defendant Marty Allen actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering physical injury and emotional distress

143

Defendant Stanley Williams subjected me to atypical and significant hardship and defendant Stanley Williams actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution, and caused me pain, suffering, physical injury and emotional distress

144

Defendant Brian Chambers subjected me to atypical and significant hardship and defendant Brian Chambers actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution, and caused me pain, suffering, physical injury and emotional distress

145

Defendant Emmitt Donahue subjected me to atypical and significant hardship and defendant Emmitt Donahue actions and/or action violated my rights under the Fourteetith Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

146

Defendant Smith subjected me to atypical and significant hardship and defendant Smith action and/or actions violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

147

Defendant Dennis Murry subjected me to atypical and significant hardship and defendant Dennis Murry action and/or actions violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

148.

Defendant Zimmerman subjected me to atypical and significant hardship and defendant Zimmerman actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me, pain, suffering, physical injury and emotional distress

149

Defendant Osborne, subject me to atypical and significant hardship and defendant osborne actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me, pain, suffering, physical injury and emotional distress

150

Defendant Shoemaker subjected me to atypical and significant hardship and defendant Shoemaker actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me, pain, suffering, physical injury and emotional distress

151

Defendant Sharp subjected me to atypical and significant hardship and defendant Sharp actions and/or actions violated my rights under the Fourteenth Amendment to the United States Constitution and caused me, pain, suffering, physical injury and emotional distress

152

Defendant Kearins subjected me to atypical and significant hardship and defendant Kearins actions and/or action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me, pain suffering, physical injury and emotional distress

153

Defendant Joyce subjected me to atypical and significant hardship and defendant Joyce actions and/or action violated my rights under the Fourteenth Amendment and/or Fourteenth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

STATEMENT OF CLAIM (Continued)

LEGAL CLAIMS

154

Defendant John Doe who name I'm unsure of

DUE PROCESS - FOURTEENTH AMENDMENT VIOLATION

155

Defendant Brian Chambers blocked my assigned to grievance procedure and did not give me any a hearing and Brian Chamber actions violated my rights under the Fourteenth Amendment to the United States Constitution

156.

Defendant Homer Bryson did not give me any notice to any any changes to policy and rules, and Homer Bryson action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffer, physical injury and emotional distress

157

Defendant Stanley Williams did not give me any notice of any changes to policy and rules and Stanley Williams action violated my right to the United States Constitution and caused me pain, physical injury, emotional distress suffering

158

Defendant Housler denied me access to the grievance appeal procedure and did not give me any notice of any changes to one or more policy and/or rules, and defendant Housler action violated my rights under the Fourteenth Amendment to the United States Constitution, and caused me pain, physical injury — emotional distress

159

Defendant Lee denied me access to the grievance appeal procedure(s) and did not give me any notice of any changes to one or more policy procedure and/or rule and Defendant Lee action violated my rights under the Fourteenth Amendment to the United States Constitution and caused me pain, suffer, physical injury and emotional distress

160

Also relevent to this case and complaint, the are John Does(s) and Jane Doe(s) defendant who I unsure of who names unsure of and I would to Amend at a later time if possible.

161.

I'm still assigned to cell-05-01-dorm K-2 at G.S.P, Marty Allen, Homer Bryson illegal conduct is discrimination & causing me my changes for parole and not being able to take classes I'm required for parole, see Exhibit 3.

162.

The plaintiff has no plaintiffs adequate or complete remedy at law to redress the wrongs described herein, Plaintiff has been and continue to be irreparably injury by the conduct of the defendants unless this court grants the declaratory and injuntive relief which plaintiff seeks

163

Relevent to this case and complaint, At all times from the time in May of 2015 when I was first getting placed in cell-05-01-dorm K-2 at G.S.P through 3:00 a.m on the date in September or October of 2015 when I was first getting placed in cell-04-01-dorm K-2 at G.S.P. The conditions of cell-05-01-dorm K-2 at G.S.P. unconstitutional.

# STATEMENT TO CLAIM (Continued)
# LEGAL CLAIMS

## EXCESSIVE FORCE EIGHTH AMENDMENT VIOLATION

164

Defendant Zimmerman used excessive force against me when I was not breaking any of the prison rule(s) and when I was not acting disruptively and defendant Zimmerman action and/or actions violated my rights under Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

165.

Defendant Osborne used excessive force against me when I was not breaking any of the prison rule(s) and when I was not acting disruptively, and defendant Osborne, action and/or actions violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotionally distress.

166

Defendant John Doe used excessive force against me when I was not breaking any of the prison rule(s) and when I was not acting disruptively and defendant John Doe action and/or actions violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress.

167.

Defendant Harris used excessive force against me when I was not breaking any of the prison rule(s) and when I was not acting disruptively and defendant Harris action and/or actions violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

168.

Defendant Davidson used excessive force against me when I was not breaking any of the prison rule(s) and when I was not acting disruptively and defendant Davidson action and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

169

Defendant Zimmerman used excessive force against me when I was not breaking any of the prison(s) rule and when I was not acting disruptively and defendant Zimmerman action and/or actions violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress. Refer to exhibit 3.

170

Defendant Osborne used excessive force against me when I was not breaking any of the prison(s) rule and when I was not acting disruptively and defendant Osborne action and/or actions violated my rights under the Eighth Amendment to the United States Constitution and caused me pain, suffering, physical injury and emotional distress

171

Defendant John Doe No. 2 used excessive force against me when I was not breaking any of the prison rule, and when I was not acting disruptively, and defendant John Doe No. 2 actions and/or action violated my rights under the Eighth Amendment to the United States Constitution and caused me pain and suffering, physical and emotional distress

STATEMENT OF CLAIM continunced

PRAYER FOR RELIEF REQUESTED

172

WHEREFORE, plaintiff respectfully pray that this court enter judgement granting plaintiff:

173.

A declaration that acts and omissions described herein violated plaintiff rights under the Constitution and laws of the United States.

174

A preliminary and permanent injunction ordering defendant Marty Allen. Nathan Deals, Homer Bryson, give me the same opportunity that they give most inmates who complete phase 3 of the tier two(2) program

175.

A preliminary and permanent Injunction order defendant Marty Allen, Nathan Deal and Homer Bryson barring me from any future tier (2) program

176

Compensatory damages in the amount of $130,000 against each defendant, jointly and severally

177.

Puntive damagesin the amount of $ 30,000 against each defendant, jointly and severally

178.

Plaintiff seek(s) puntive damages in the amount of $30,000 against each defendant, jointly and severeally

Plaintiff seek(s) compensatory damages in the amount of $30,000 against each defendant; jointly and severally

STATEMENT TO CLAIM (CONTINUACE)

PRAYER FOR RELIEF REQuested Contined

174

Plaintiff Clayton also seeks(s) a jury trial on all issues triable by jury

180.

Plaintiff Clayton also seeks(s) recovery of his cost in this suit, and

181.

Plaintiff Clayton also seeks(s) an order requiring defendants to cease their discriminating against me

182

Plaintiff Clayton seeks an order for an preliminary injunction and a temporary Restraining order requiring defendants from placing me on the tier 2 program

183

Plaintiff Clayton seek an order requiring defendants to treat me the same as they treat most inmate(s) who complete phase 3 of the tier 2 program

184

Plaintiff Clayton seek an order require defendant to place me on Protective and/or Protection Custody for my safety or give me the same opportunity(s) as most inmates who complete phase 3 of the tier two (2) program

Date: October 18, 2016
Respectfully submitted
Earnest Clayton / Earnest Clayton
Georgia State Prison
300 1st Ave South
Reidsville, Georgia 30453