IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
ERNEST CLAYTON,              *
                             *
    Plaintiff,               *
                             *
v.                           *
                             *      CV 616-143
DENNIS MURRAY et al.,        *
                             *
    Defendants.              *
                             *
                             *
```

# O R D E R

Currently before the Court is Plaintiff's request to voluntarily dismiss his complaint. (Doc. 5.) Because Defendants have not served answers or motions for summary judgment, see Fed. R. Civ. P. 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's request, and this case is **DISMISSED**. The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 30th day of August, 2017.

*[signature]*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA